**Order entered March 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00127-CR

### CLARENCE DANNEL DUNNINGTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80895-2013**

## ORDER

The Court **GRANTS** court reporter LaTresta Ginyard's March 20, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Ginyard to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/     LANA MYERS
         JUSTICE